**Order entered October 17, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00699-CV

### KIRK WEST, Appellant

### V.

### MIKE COLLINS, Appellee

**On Appeal from the County Court at Law No. 2
Collin County, Texas
Trial Court Cause No. 002-00091-2014**

## ORDER

By order dated August 25, 2014, appellant, who is pro se, was granted an extension of time to file his brief. The brief was to be filed no later than September 30, 2014. To date, however, the brief has not been filed. Accordingly, we **ORDER** appellant to file his brief, along with an extension motion that complies with rule of appellate procedure 10.5(b), no later than October 27, 2014. *See* TEX. R. APP. P. 10.5(b). Appellant is cautioned that failure to comply may result in dismissal of the appeal without further notice. *See id.* 38.8(a)(1), 42.3(b),(c).

/s/    ADA BROWN
        JUSTICE